AO91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

**SOUTHERN**      DISTRICT OF      **TEXAS**

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| **Darwin ARIAS**<br>**Libertad, PETEN**<br>**Guatemala** | Case Number: L-15-PO2307 |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **February 23, 2015** in **Webb** County, in the **Southern** District of **Texas** **Darwin ARIAS** defendant(s), an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by immigration officer

in violation of Title(s) **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Furthermore, it is based on verbal statements by, Darwin ARIAS, who admitted to being a citizen of Guatemala, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry or attempted entry took place on February 23, 2015

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

/S/
Signature of Complainant

Jose Martinez
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 02, 2015      at      Laredo, Texas
Date                                                                   City and State

Diana Song Quiroga , U.S. Magistrate Judge
Name and Title of Judicial Officer                                      Signature of Judicial Officer