UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States Magistrate Court
DSQ-SDTX
FILED
MAR 0 2 2015 CD

David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA

Plaintiff

v.

Case No. 5:15-PO-2307-1
Magistrate Judge Diana Song Quiroga

Darwin Arias
TN: Walter Eliseo Gregorio Arias

Defendant

---

## JUDGMENT

On **March 2, 2015,** the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally, in violation of 8 U.S.C. §1325(a)(1), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 25 days confinement, with a special condition not to return to the U.S. illegally or commit any other violation of federal and/or state laws.

**A $10.00 special assessment is imposed.**

DONE at Laredo, Texas, on **March 2, 2015.**

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE